**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**ANDRE WILLIS,**

**Plaintiff,**

**v.** **Civil Case No. ________________**

**NICHOLAS ROSSEL**

**and**

**EAN HOLDINGS, LLC**

**Defendants.**

**SERVE:** **Nicholas Rossel**
**200 Stowe Drive**
**Suffolk, VA 23435**

**C T Corporation System**
**Registered Agent for EAN Holdings, LLC**
**4701 Cox Rd Ste 285**
**Glen Allen, VA, 23060**

**COMPLAINT**

COMES NOW the Plaintiff, ANDRE WILLIS, by counsel, and moves for judgment against the Defendants, NICHOLAS ROSSEL and EAN HOLDINGS, LLC, jointly and severally, on the grounds and in the amount as hereinafter set forth:

1. This Court has jurisdiction over this action under 28 U.S.C. § 1332 as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391, as all or a substantial portion of the events giving rise to this claim occurred in the Eastern District of Virginia, specifically Norfolk, Virginia.

3. Plaintiff Andre Willis (hereinafter "Plaintiff" or "Willis") is a resident of Suffolk, Virginia.

4. Defendant Nicholas Rossel (hereinafter "Rossel") is a resident of Suffolk, Virginia.

5. Defendant EAN Holdings, LLC is a Delaware Corporation with its principal place of business in Tulsa, Oklahoma.

6. Defendant Rossel at all times relevant hereto was employed by and acting at the instructions of Defendant EAN Holdings, LLC.

7. Defendant Rossel at all times relevant hereto was acting within the scope of his employment by and with Defendant EAN Holdings, LLC.

8. Upon information and belief, at all times relevant hereto Defendant Rossel was acting as an agent of Defendant EAN Holdings, LLC.

9. Defendant Rossel at all times relevant hereto was operating a vehicle owned by EAN Holdings, LLC.

10. Defendant EAN Holdings, LLC is liable for any negligence in operating a vehicle or any other negligence by Defendant Rossel and any harm proximately caused by and resulting from any such negligence.

11. On or about August 18, 2024, at approximately 9:00 p.m., Plaintiff Willis was the front-seat passenger in a vehicle being lawfully operating by Anthony Hagans (hereinafter "Hagans") eastbound on East Berkley Avenue at or near the intersection with Stafford Street in the City of Norfolk, Virginia.

12. At the same place and time, Defendant Rossel was operating his vehicle in a parking lot heading Northbound intending to turn left onto Berkley Avenue.

13. Traffic in the direction on Stafford Street at the intersection with E Berkley Avenue in which Defendant Rossel was traveling prior to this accident was controlled by a "Stop" sign.

14. There was no traffic light or other traffic control in the direction in which Plaintiff's driver Hagans was traveling on E Berkley Avenue at the intersection with Stafford Street prior to this accident.

15. Defendant Rossel attempted to turn left onto E Berkley Avenue and negligently and carelessly pulled out in front of Plaintiff's driver Hagans causing Defendant Rossel's vehicle and Hagans' vehicles to crash together with great force and violence and further causing Hagans' vehicle to continue onto the curb and strike a light pole.

16. Defendant Rossel negligently failed to keep his vehicle under proper control.

17. Defendant Rossel negligently operated his vehicle at an excessive speed for the conditions then and there existing.

18. Defendant Rossel negligently failed to keep a proper look-out.

19. Defendant Rossel negligently failed to pay proper attention to the operation of his vehicle.

20. The negligence on the part of Defendant Rossel as aforesaid constituted a direct and proximate cause of the accident, damages, and injuries suffered by the Plaintiff.

35. As a direct and proximate result of Defendant Rossel's negligence as described herein, Plaintiff was caused to sustain serious and permanent injuries; has been and will be prevented from transacting his business and his household duties; has suffered and will continue

to suffer great pain of body and mind; has lost wages from his gainful employment; and has incurred and will incur in the future hospital, doctors' and related bills in an effort to be cured of said injuries.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in the sum of TWO HUNDRED FIFTY-THOUSAND DOLLARS ($250,000.00) and his costs in this matter expended all with prejudgment interest from August 18, 2024, and post-judgment interest as allowed by law and such further and other relief, including but not limited to attorneys fees, as the Court deems appropriate in this action.

**TRIAL BY JURY IS HEREBY DEMANDED**

**ANDRE WILLIS**

By: ________/s/______________

Richard H. Roston, Esq.
VSB# 41856
JOANNOU & ASSOCIATES, P.C.
Attorney for Andre Willis, Plaintiff
709 Court Street
Portsmouth, Virginia 23704
Office: (757) 399-1700
Facsimile: (757) 397-6624
E-mail: rroston@joannoulaw.com